# IN THE SUPREME COURT OF THE STATE OF DELAWARE

SCOTT PALMER,[1]

    Petitioner Below-
    Appellant,

v.

LEXIE PALMER,

    Respondent Below-
    Appellee.

§
§ No. 647, 2015
§
§
§ Court Below—Family Court
§ of the State of Delaware
§
§ File No. CN14-02909
§ Petition Nos. 14-34404
§ and 15-03537
§

Submitted: April 15, 2016
Decided: June 10, 2016

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## O R D E R

This 10th day of June 2016, upon consideration of the parties' briefs and the record below, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons assigned in the Family Court's well-reasoned opinion dated November 10, 2015, which affirmed the Commissioner's July 10, 2015 decision granting the appellant Scott Palmer's petition for a protection from abuse ("PFA") order against the appellee Lexie Palmer.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

_____
Justice